

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     William D. Birchfield v. Kendra  Jean  Birchfield

Appellate case number:    01-21-00655-CV

Trial court case number:  13-DCV-204573

Trial court:              387th District Court of Fort Bend County

On November 22, 2021, Appellant, William D. Birchfield, filed a "Motion to Extend Time to Consider Notice of Appeal Timely Filed."  The motion complied with Texas Rules of Appellate Procedure 10.5(b)(2) and 26.3.

The certificate of conference indicated appellant made "reasonable attempts to confer[] with opposing counsel" regarding the motion.   Although we held this motion for more than ten days, Appellee has filed no response.  We **grant** the motion.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually


Date:   December 9, 2021